## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Allentown Patriots, Inc., a/k/a | : | **CASES CONSOLIDATED** |
| Allentown Patriots of Allentown, PA | : | |
| | : | |
| v. | : | No. 1464 C.D. 2016 |
| | : | |
| City of Allentown and | : | |
| Edward J. Pawlowski, in | : | |
| his official capacity as the | : | |
| Mayor of the City of Allentown, | : | |
| Appellants | : | |
| | | |
| Allentown Patriots, Inc., a/k/a | : | |
| Allentown Patriots of Allentown, PA, | : | |
| Appellants | : | |
| | : | |
| v. | : | No. 1511 C.D. 2016 |
| | : | |
| City of Allentown and | : | |
| Edward J. Pawlowski, in | : | |
| his official capacity as the | : | |
| Mayor of the City of Allentown | : | |

## **O R D E R**

NOW, July 11, 2017, having considered designated appellee Allentown Patriots' application for reargument and designated appellants' answer in response thereto, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge